UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HERNANDEZ, SR., <br><br> Plaintiff, <br><br> v. <br><br> TLC OF THE BAY AREA, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:16-cv-05524 HRL <br><br> **ORDER DENYING AS MOOT MOTION TO DISMISS** <br><br> Re: Dkt. 12 |

Plaintiff having timely filed an amended complaint as a matter of course, Fed. R. Civ. P. 15(a), defendant's motion to dismiss (Dkt. 12) is denied as moot.

SO ORDERED.

Dated: November 21, 2016

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:16-cv-05524-HRL Notice has been electronically mailed to:

David Michael Medby     dmedby@lawgarcia.com, bartigliere@lawgarcia.com, jheasley@lawgarcia.com, sgarcia@lawgarcia.com

Joseph Ronald LaMagna     jlamagna@health-law.com, aparrish@health-law.com, vhernandez@health-law.com

Stephen Michael Garcia     jmobley@lawgarcia.com, dmedby@lawgarcia.com

William Michael Artigliere     bartigliere@lawgarcia.com